1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
2  JOHN GLUGOSKI (Cal. State Bar No 191551)
   MICHAEL RIGHETTI (Cal. State Bar No. 258541)
3  RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
4  San Francisco, California  94104
   Telephone: (415) 983-0900
5  Facsimile: (415) 397-9005
6  mike@righettilaw.com

7  Attorney for Plaintiffs
   Susan James and Salvador Gonzales
8
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   PAUL HASTINGS LLP
10 55 Second Street, 24th Floor
11 San Francisco, California  94105-3441
   Telephone:  (415) 856-7000
12 Facsimile:  (415) 856-7100
   jeffwohl@paulhastings.com
13 justinscott@paulhastings.com

14
   Attorneys for Defendant
15 Rite Aid Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JAMES and SALVADOR GONZALES,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | No. cv-15-08950-MWF-(JEMx)<br><br>**[PROPOSED] STIPULATED PROTECTIVE ORDER**<br><br>Judge:   Hon. Michael W. Fitzgerald |

ORDER ON STIPULATED
PROTECTIVE ORDER
U.S.D.C., C.D. CAL. NO. 2:15-cv-08950-MWF-(JEMx)

LEGAL_US_W # 85184126.1

1  Pursuant to Stipulation, it is so Ordered that the Parties are bound by the
2  Stipulated Protective Order.
3  Dated: April 13, 2016.

*[signature: John E. McDermott]*

United States District Judge
Hon. Michael W. Fitzgerald